UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  -against-<br><br>WILKIN GUERRERO,<br><br>       Defendant. | 23-cr-616 (AS)<br><br>SCHEDULING ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  It is hereby ORDERED that the parties appear for an arraignment and pretrial conference with the Court on Wednesday, November 29, 2023 at 3:00 PM, in Courtroom 15A of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

  SO ORDERED.

Dated: November 28, 2023
    New York, New York

                      ARUN SUBRAMANIAN
                      United States District Judge