UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  -against-<br><br>WILKIN LEONARDO GUERRERO,<br><br>        Defendant. | 23-cr-616 (AS)<br><br>REVISED SCHEDULING ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  IT IS HEREBY ORDERED that the conference in this matter, previously scheduled for March 22, 2024, is RESCHEDULED to tomorrow, March 21, 2024, at **2:00 PM**.

  SO ORDERED.

Dated: March 20, 2024
    New York, New York

                       ARUN SUBRAMANIAN
                       United States District Judge